# EXHIBIT A

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| **OUTLAWS & GENTS GROOMING, LLC; DIESEL BARBERSHOP, LLC; WILDERNESS OAKS CUTTERS, LLC; DIESEL BARBERSHOP BANDERA OAKS, LLC; DIESEL BARBERSHOP DOMINION, LLC; DIESEL BARBERSHOP ALAMO RANCH, LLC; and HENLEY'S GENTLEMEN'S GROOMING, LLC,**<br><br>     **Plaintiffs,**<br><br>v.<br><br>**STATE FARM LLOYDS,**<br><br>     **Defendant.** | § § § § § § § § § § § § § § § § § § §<br><br>CIVIL ACTION NO.: _____ |

## INDEX OF DOCUMENTS

| EXHIBIT | DESCRIPTION |
|:---:|---|
| **A.** | Index of Matters Being Filed |
| **B.** | Docket Sheet in the state court action |
| **C.** | Plaintiff's Original Petition in the removed action |
| **D.** | List of Counsel of Record |

Respectfully Submitted,

*/s/ Susan E. Egeland*
W. NEIL RAMBIN
State Bar No. 16492800
RambinDocket@faegredrinker.com
SUSAN E. EGELAND
State Bar No. 24040854
susan.egeland@faegredrinker.com
**FAEGRE DRINKER BIDDLE & REATH LLP**
1717 Main Street, Suite 5400
Dallas, Texas 75201
(469) 357-2500 (telephone)
(469) 327-0860 (facsimile)

**ATTORNEYS FOR DEFENDANT**

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing document has been served to all counsel of record in accordance with the Federal Rules of Civil Procedure on April 13, 2020.

*/s/ Susan E. Egeland*
SUSAN E. EGELAND